**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
CALVIN TRUONG

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> THAU CAM, et al., ) <br> ) <br> DEFENDANTS. ) <br> _____) | 2:08-cr-00342-MCE <br><br> STIPULATION AND AGREEMENT BY THE PARTIES THAT PROBATION DO A PRE-PLEA INVESTIGATION REPORT INCLUDING A DETERMINATION OF THE DEFENDANT'S CRIMINAL HISTORY |

Plaintiff United States of America, by its counsel, Assistant United States Attorneys, Ms. Jill M. Thomas, and defendant CALVIN TRUONG, by his attorney James R. Greiner, hereby jointly request and stipulate that this Court may sign the Proposed Order, Ordering Probation to prepare a full and complete pre-plea investigation including, but not limited to, a criminal History background investigation to determine the defendant's criminal history level.

    Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      UNITED STATES ATTORNEY

                                      /s/ Jill M. Thomas by in person authorization

DATED: 8-24-11                     _____
                                      Jill M. Thomas
                                      ASSISTANT UNITED STATES ATTORNEY
                                      ATTORNEY FOR THE PLAINTIFF

DATED: 8-24-11                /s/ James R. Greiner
                              _____
                              James R. Greiner
                              Attorney for Defendant CALVIN TRUONG

**ORDER**

Based upon the representations of counsel, the record in this case, and the agreements and stipulations between counsel in the case, and that

The parties agree and stipulate that this Court may make the requested Order:

It is hereby Ordered that the Probation Department prepare a full and complete pre-plea investigation including, but not limited to, a criminal History background investigation to determine the defendant's criminal history level.

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: September 1, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE