LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
VINH VAN VO

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>  vs.<br><br>VINH VAN VO<br><br>    Defendant. | Case No.:  CR S-08-342-MCE<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING HEARING AND SETTING SCHEDULE RE PSR**. |

It is hereby stipulated and agreed to between the United States of America through Jill Thomas, Assistant United States Attorney, and defendant, Vinh Vo, by and through his counsel, Lindsay Anne Weston, that the sentencing hearing in this matter currently scheduled for November 3, 2011, at 9:00 a.m. be continued to December 1, 2011, at 9:00 a.m. The final sentence report was disclosed after consideration of the lengthy defense informal response. The defense requests additional time to complete preparation of the sentencing memorandum and objections.  It is further requested the Court adopt the following schedule for objections to the final pre-sentence report.

///

///

///

| | |
|---|---|
| Motion for correction of PSR: | November 16, 2011 |
| Reply: | November 23, 2011 |

Dated: October 31, 2011

Respectfully submitted,

*/s/Lindsay Weston*
_____
LINDSAY ANNE WESTON
Attorney for Defendant
VINH VAN VO

Date: October 31, 2011

BENJAMIN B. WAGNER
United States Attorney

*/s/ Lindsay Weston for Jill Thomas*
_____
JILL THOMAS
Assistant United States Attorney
Per e-mail authorization

## ORDER

**IT IS SO ORDRED**.

Dated: November 2, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 2