```
 1  HAYDN-MYER LAW CORPORATION
    Christopher Haydn-Myer, Bar #176333
 2  1478 Stone Point Drive, Suite 400
    Roseville, California 95678
 3  Telephone: (916) 622-1703
    Fax: (916) 760-2767
 4  email: chrishaydn@sbcglobal.net

 5  Attorney for Defendant
    PETER TRUONG
 6

 7                  IN THE UNITED STATES DISTRICT COURT

 8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,      )   CASE NO. S-08-342
                                   )
11              Plaintiff,         )   STIPULATION AND ORDER
                                   )
12  v.                             )   Date: November 10th, 2011
                                   )   Time: 9:00 a.m.
13  PETER TRUONG,                  )   Judge: Hon. Morrison C.
                                   )          England, Jr.
14                                 )
                Defendant.         )
15                                 )
                                   )
16  _____
```

17     Defendant, PETER TRUONG, through Christopher Haydn-Myer, attorney

18  at law, and the United States of America, through Assistant U.S.

19  Attorney Jill Thomas, agree as follows:

20     It is hereby stipulated that the status conference currently set

21  for November 10th, 2011 be vacated and a new status conference is to

22  be scheduled on January 5th, 2012 at 9:00 a.m.

23      It is further stipulated and agreed between the parties that the

24  time under the Speedy Trial Act should be excluded from today's date

25  to January 5th, 2012, under Local Code T4, Title 18, United States

26  Code section 3161(h)(7)(B)(iv).  The request for additional time is to

27  give counsel time to review the discovery.  Further, counsel and the

28  government agree that the interests of justice outweigh both the

                                      1

defendant's and public's interest in a speedy trial.

Dated: November 8th, 2011

Respectfully submitted,

/s/ Christopher Haydn-Myer

_____
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
Peter Truong

DATED: November 8th, 2011

BENJAMIN B. WAGNER
United States Attorney

/S/ Christopher Haydn-Myer for
Jill Thomas
Assistant U.S. Attorney

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for November 10th, 2011 be vacated and a new status conference is to be scheduled on January 5th, 2012 at 9:00 a.m., and that the time under the Speedy Trial Act should be excluded from today's date to January 5th, 2012, under Local Code T4, Title 18, United States Code section 3161(h)(7)(B)(iv). Further, for the reasons set forth above, the interests of justice are outweighed by both the defendant's and public's interest in a speedy trial.

Dated: November 14, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE