LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
VINH VAN VO

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

          Plaintiff,

    vs.

VINH VAN VO

          Defendant.

)
)
)
)
)
)
)
)
)
)

Case No.:  CR S-08-342-MCE

**STIPULATION AND ORDER CONTINUING SENTENCING HEARING AND SETTING SCHEDULE RE PSR**
.

_____

      It is hereby stipulated and agreed to between the United States of America

through Jill Thomas, Assistant United States Attorney, and defendant, Vinh Vo, by and through

his counsel, Lindsay Anne Weston, that the sentencing hearing in this matter currently scheduled

for December 1, 2011, at 9:00 a.m. be continued to January 12, 2011, at 9:00 a.m. The final

sentence report was disclosed after consideration of the lengthy defense informal response, thirty

three pages plus attachments. The defense requests additional time to complete preparation of the

sentencing memorandum and objections. The government has requested, and the defense agrees,

that this should be the final request for a continuance of the sentencing.

////

////

It is further requested the Court adopt the following schedule for objections to the final pre-sentence report.

Motion for correction of PSR:     December 29, 2011

Reply:     January 5, 2012

Dated: November 30, 2011     Respectfully submitted,

*/s/Lindsay Weston*

_____
LINDSAY ANNE WESTON
Attorney for Defendant
VINH VAN VO

Date: November 30, 2011     BENJAMIN B. WAGNER
United States Attorney

*/s/ Lindsay Weston for Jill Thomas*

_____
JILL THOMAS
Assistant United States Attorney
Per e-mail authorization

## ORDER

**IT IS SO ORDRED**.

Dated:  December 6, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE