| | |
|---|---|
| 1 | LAW OFFICES OF SCOTT L. TEDMON |
| | A Professional Corporation |
| 2 | SCOTT L. TEDMON, CA. BAR # 96171 |
| | 1050 Fulton Avenue, Suite 218 |
| 3 | Sacramento, California 95825 |
| | Telephone: (916) 482-4545 |
| 4 | Facsimile: (916) 482-4550 |
| | Email: tedmonlaw@comcast.net |
| 5 | |
| | Attorney for Defendant |
| 6 | BANG TANG |



**FILED**

JAN 18 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CR. S-08-342 MCE |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND [PROPOSED] D&O |
| | ) | ORDER RE: MODIFICATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| BANG TANG, et al., | ) | RELEASE FOR BANG TANG |
| | ) | |
| Defendants. | ) | |

The United States of America, through Assistant U.S. Attorney Jill Thomas, and defendant Bang Tang, through his counsel Scott L. Tedmon, hereby stipulate as follows:

1. On June 11, 2010, as contained in condition #1 of defendant Bang Tang's amended conditions of release, Mr. Tang was ordered as follows, "**You shall Participate in a program of medical or psychiatric treatment, including treatment for drug and alcohol dependency, as approved by the Pretrial services officer;**".

2. Additionally, as contained in condition #8 of those same amended conditions of release, Mr. Tang was ordered as follows, "You shall submit to drug or alcohol testing as approved by the pretrial services officer, **and you shall be drug tested two times per week;**".

3. Since his conditions were amended in June of 2011, Mr. Tang has fully complied with all of his pretrial release conditions. In light of Mr. Tang's positive performance over the past nineteen

- 1 -

| | |
|---|---|
|1| months, Pretrial Services Officer Renee Basurto, who is in charge of Mr. Tang's case, agrees it is |
|2| no longer necessary to continue Mr. Tang on counseling and requests that condition #1 be removed |
|3| forthwith. Additionally, Ms. Basurto requests that condition #8 be amended forthwith to remove the |
|4| drug testing condition currently requiring Mr. Tang to be drug tested two times per week. |

4. Ms. Basurto requests that all other conditions remain in full force and effect. The parties have attached a copy of Pretrial Services proposed 2nd Amended Special Conditions of Release for the Court's review.

5. Defense counsel Scott L. Tedmon has reviewed all 11 conditions of Pretrial Services proposed 2nd Amended Special Conditions of Release with Mr. Tang. Mr. Tedmon reports that Mr. Tang understands, accepts, and agrees to abide by each and every proposed condition contained therein.

6. Based on the foregoing, Pretrial Services Officer Renee Basurto; Assistant United States Attorney Jill M. Thomas on behalf of the government; and Scott L. Tedmon on behalf of defendant Bang Tang; jointly agree and stipulate to this request for modification of the conditions of pretrial release for defendant Bang Tang. Further, all parties confirm they have reviewed the attached 2nd Amended Special Conditions of Release and agree to all 11 conditions contained therein.

**IT IS SO STIPULATED.**

DATED: January 18, 2012  BENJAMIN B. WAGNER
United States Attorney

/s/ Jill M. Thomas
JILL M. THOMAS
Assistant U.S. Attorney

DATED: January 18, 2012  LAW OFFICES OF SCOTT L. TEDMON

/s/ Scott L. Tedmon
SCOTT L. TEDMON
Attorney for Defendant Bang Tang

| | |
|---|---|
| 1 | **<u>ORDER</u>** |
| 2 | GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY |
| 3 | ORDERED that: |
| 4 | 1. The request for modification of the Special Conditions of Release for defendant Bang |
| 5 | Tang is GRANTED. |
| 6 | 2. The attached 2nd Amended Special Conditions of Release are adopted by this Court and |
| 7 | are ordered filed. The 2nd Amended Special Conditions of Release supersede all previous conditions |
| 8 | of release for defendant Bang Tang and are effective immediately. |
| 9 | 3. A copy of this Order, along with the attached 2nd Amended Special Conditions of Release |
| 10 | is to be provided to defendant Bang Tang. Pretrial Services Officer Renee Basurto shall personally |
| 11 | review this Order and the 2nd Amended Special Conditions of Release with Mr. Tang, and then |
| 12 | secure Mr. Tang's signature confirming that Mr. Tang understands each condition, accepts each |
| 13 | condition, and agrees to abide by each condition. |
| 14 | **IT IS SO ORDERED.** |
| 16 | DATED: January _18_, 2012     _Dale A. Drozd_ |
|    |                               UNITED STATES MAGISTRATE JUDGE |

- 3 -

## 2ND AMENDED CONDITIONS OF RELEASE
Bang Thai Tang-Docket #2:08-CR-00342-MCE        January 18, 2012

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

4. You shall reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;

5. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and, you shall notify Pretrial Services immediately of any prescribed medications;

7. You shall submit to drug or alcohol testing as approved by the pretrial services officer;

8. You shall seek and/or maintain employment and provide monthly verification to Pretrial Services or as directed;

9. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

10. You shall not associate or have any contact with the co-defendants in this case, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

11. You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case.