```
 1  PETER KMETO
    Attorney at Law
 2  State Bar No. 78827
    1007 Seventh Street, Suite 100
 3  Sacramento, CA 95814
    (916) 444-7420; FAX: (916) 441-6714
 4
    Attorney for: QUINTILIAN HUYNH
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-00342 MCE |
| Plaintiff, | ) ) | REQUEST FOR EXONERATION |
| vs. | ) ) | OF BAIL AND RECONVEYANCE |
| QUINTILIAN HUYNH et al. | ) ) | OF PROPERTY USED TO SECURE BOND |
| Defendant. | ) ) | AND ORDER |

On or about August 26, 2008, US Magistrate Judge for the Eastern District of California, Dale Drozd, released Defendant, QUINTILIAN HUYNH , on the condition that bail in the amount of $200,000.00, secured in part by Defendant's mother's home, be posted with the US District Court for the Eastern District of California in the above entitled case.

On December 1, 2011 Defendant, QUINTILIAN HUYNH, was sentenced to 70 months in federal prison and was taken into custody. Defendant, therefore, requests that bail in his case be exonerated and that real property securing same be reconveyed forthwith.

Dated: February 13, 2012               /s/   PETER KMETO
                                       Attorney for Defendant
                                       QUINTILIAN HUYNH

- 1 -

| | |
|---|---|
| 1 | <u>ORDER</u> |
| 2 | UPON GOOD CAUSE SHOWN and the case having been adjudicated |
| 3 | against Defendant, QUINTILIAN HUYNH, BAIL IS EXONERATED AND THE |
| 4 | PROPERTY LOCATED AT: 8930 WHITE STAR WAY, ELK GROVE, CA 95758 |
| 5 | POSTED AS SECURITY FOR THE BOND POSTED IN THIS CASE IS TO BE |
| 6 | RECONVEYED FORTHWITH. |
| 7 | IT IS SO ORDERED. |
| 8 | Dated: February 21, 2012 |

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE