1 | **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2 | **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3 | SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
4 | FAX: (916) 920-7951

5 | ATTORNEY FOR DEFENDANT
CALVIN TRUONG

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:08-cr-00342-MCE |
| PLAINTIFF, ) | STIPULATION AND AGREEMENT |
| v. ) | BY THE PARTIES TO RESET THE PRE-SENTENCE PROBATION REPORT |
| THAU CAM, et al., ) | DATES AND JUDGMENT AND SENTENCING DATES |
| DEFENDANTS. ) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorneys, Ms. Jill M. Thomas, and defendant CALVIN TRUONG, by his attorney James R. Greiner, hereby jointly request and stipulate to the following schedule of dates for the advisory pre-sentence probation investigation report as follows:

| | |
|---|---|
| Probation report due on or before | June 28, 2012 |
| Defense/Government objections due | July 19, 2012 |
| Final Probation Report due to Court | August 16, 2012 |
| Formal Objections filed with the Court | August 23, 2012 |
| Reply/Sentencing Memorandum | August 30, 2012 |

1

| | | |
|---|---|---|
| 1 | Judgment and Sentencing | September 6, 2012 |

The probation department has been apprised of these dates and has no objection to these dates.

      Respectfully submitted,
BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ Jill M. Thomas by e mail authorization

DATED: 5-1-11

_____
Jill M. Thomas
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF


DATED: 5-1-11                    /s/ James R. Greiner

_____
James R. Greiner
Attorney for Defendant CALVIN TRUONG

///

///

///

///

# ORDER

Based upon the representations of counsel, the record in this case, and the agreements and stipulations between counsel in the case, and that

The parties agree and stipulate that this Court may make the requested Order:

It is hereby Ordered that the advisory pre-sentence investigative report schedule is modified as follows:

| | |
|---|---|
| Probation report due on or before | June 28, 2012 |
| Defense/Government objections due | July 19, 2012 |
| Final Probation Report due to Court | August 16, 2012 |
| Formal Objections filed with the Court | August 23, 2012 |
| Reply/Sentencing Memorandum | August 30, 2012 |
| Judgment and Sentencing | September 6, 2012 |

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: May 3, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE